**Evie Elizabeth HOWARD, as Personal Representative of the Estate of Paul Anthony Smith, Plaintiff–Appellee,**

v.

**SOUTHERN HEALTH PARTNERS, INC., et al., Defendants,**

Terry Surles, Terry Marcrum, Myrtis Moss, Joretha Mitchell, Charles Gaston, Jackie Foreman, a.k.a. Foreman, Alfonzo Stinson, a.k.a. Stinson, Defendants–Appellants.

No. 11–12169
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 14, 2011.

Henry F. Sherrod, III, Henry F. Sherrod, III, PC, Florence, AL, J. Flint Liddon, Bear & Liddon, Birmingham, AL, for Plaintiff–Appellee.

Fred Lee Clements, Jr., Kendrick Emerson Webb, Webb & Eley, PC, Montgomery, AL, James W. Porter, II, Lauren Goodman Baker, Porter, Porter & Hassinger, PC, Birmingham, AL, for Defendants–Appellants.

Before BARKETT, MARCUS and MARTIN, Circuit Judges.

PER CURIAM:

We affirm for the reasons expressed in the district court's memorandum opinion of April 12, 2011.

**AFFIRMED.**